United States District Court
Southern District of Texas
**ENTERED**
June 24, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WILLIE J. SAM, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:15-CV-3194 |
| | § | |
| WELLS FARGO BANK, N.A, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court is Plaintiff's Motion to Remand (Doc. Nos. 7-8), which had been referred to Magistrate Judge Dena Hanovice Palermo for a report and recommendation. On May 20, 2016, Judge Palermo issued the Report and Recommendation on Plaintiff's Motion to Remand (Doc. No. 25), recommending that the Motion to Remand be denied. The time for filing objections has passed, and no objections were filed.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Report and Recommendation for clear error. Finding no clear error, the Court adopts the Report and Recommendation in its entirety. Accordingly, Plaintiff's Motion to Remand (Doc. Nos. 7-8) is hereby **DENIED**.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 24th day of June, 2016.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

.