United States District Court
Southern District of Texas
**ENTERED**
August 22, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WILLIE J. SAM, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:15-CV-3194 |
| | § | |
| WELLS FARGO BANK, N.A, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court has reviewed Judge Palermo's Report and Recommendation, and the Partial Objections of Defendant Wells Fargo Bank, N.A. ("Wells Fargo") and Defendant Rex Kessler. The Court finds and holds that.

1. Defendant Rex Kesler's Motion to Dismiss is **GRANTED** and Plaintiff's claims against said Defendant are **DISMISSED WITH PREJUDICE**.

2. Plaintiff is given leave to amend his complaint against Wells Fargo by August 29, 2016.

3. The Court will hear argument on Wells Fargo's Partial Objections and on any additional writing filed by Plaintiff or Wells Fargo on September 8, 2016 at 10:30 a.m.

**IT IS SO ORDERED**.

Signed at Houston, Texas on this 22nd day of August 2016.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE